# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUDHAKARARAO KAMMA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV57 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' Motion for Stay of Time to Meet and Confer Pursuant to Fed. R. Civ. P. 26(f) (Filing No. 21) and the plaintiff's Motion for Enlargement of Time (Filing No. 22). The defendants seek to stay the deadline to file a planning report until 30 days after the court issues an order on the defendants' Motion to Dismiss (Filing No. 18). The plaintiff seeks a thirty-day extension of time to respond to the defendants' motion to dismiss. The plaintiff states the defendants do not oppose the plaintiff's motion. Upon consideration,

**IT IS ORDERED:**

1. The defendants' Motion for Stay of Time to Meet and Confer Pursuant to Fed. R. Civ. P. 26(f) (Filing No. 21) is granted.
2. The parties shall have **twenty (20) calendar days** from the date an order is filed on the currently pending motion to dismiss (Filing No. 18), in which to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f), if necessary.
3. The plaintiff's Motion for Enlargement of Time (Filing No. 22) is granted.
4. The plaintiff shall have to **on or before July 16, 2007**, to file a response to the defendants' motion to dismiss (Filing No. 18).

DATED this 31st day of May, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge