IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUDHAKARARAO KAMMA, individually, | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV57 |
| v. | ) ) ) | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Emilio T. Gonzalez, Director, and ATTORNEY GENERAL OF THE UNITED STATES, Alberto R. Gonzales, | ) ) ) ) ) ) ) | ORDER OF DISMISSAL |
| Defendants. | ) ) | |

The matter before the court is the plaintiff's Notice of Case Dismissal. Filing No. 24. The court finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 5th day of July, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge